UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA A. ROBINSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>YAKIMA COUNTY SHERIFF'S OFFICE,<br><br>        Defendant. | NO.  CV-07-3027-CI<br><br>ORDER STRIKING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR EXTENSION OF TIME |

　　By Report and Recommendation filed July 6, 2007, the court recommended Ms. Robinson's action be dismissed without prejudice as she had failed to comply with the filing fee/ *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915(a).  Ms. Robinson submitted "Objections," and a letter which was construed as a Motion for Extension of Time to comply with the requirement she submit a six month statement of her account (Ct. Recs. 11 and 12).

　　In the "Objections" received July 12, 2007, and addressed to Mr. Larsen (Ct. Rec. 11), Plaintiff indicates merely that she would "like to object" to the fact the District Court Executive is trying to "dismiss [her] case . . . ."  It is the court, and not the administrative agent of the court, who dismisses actions.  The recommended dismissal, at this point in time, is not due to the

ORDER STRIKING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR EXTENSION OF TIME -- 1

substance of Plaintiff's complaint, but to the fact she has not complied with statutory requirements to proceed *in forma pauperis* and has not paid the full filing fee for this action.

In the documents construed as a "Motion for Extension of Time," dated July 12, 2007, Plaintiff indicates she is still trying to get a certified copy of her six month statement of her trust account, but her grievances are denied.  She indicates she wishes to pursue this action.  Still, no six month statement has been forthcoming in this action, although court records indicate Ms. Robinson has subsequently provided at least one such statement in cause number 07-CV-3033-LRS.  Again, Plaintiff is responsible to provide a six month statement of account for EACH civil action she wishes to file *in forma pauperis*.  She may wish to prioritize her actions.

Because Plaintiff is proceeding *pro se*, the court will grant her an additional **thirty (30) days** in which to comply with the initial Order to provide a six month statement of account.  The decision to grant an extension of time is discretionary with the court. Fed. R. Civ. P. 6(b).

Accordingly, **IT IS ORDERED** the Report and Recommendation (Ct. Rec. 10) is **STRICKEN** and the Motion for Extension of time (Ct. Rec. 12) is **GRANTED.**  Plaintiff shall submit a certified copy of her six month statement of account within **thirty (30) days** of the date of this Order.  Failure to do so will result in dismissal of this action without prejudice and with leave to re-file a new action in which Plaintiff complies with the filing fee or *in forma pauperis* requirements.

ORDER STRIKING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR EXTENSION OF TIME -- 2

The District Court Executive is directed to enter this Order, forward a copy to Plaintiff, and SET A CASE MANAGEMENT DEADLINE ACCORDINGLY.

DATED August 7, 2007.

                              S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER STRIKING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR EXTENSION OF TIME -- 3