AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Cynthia A. Robinson

                        JUDGMENT IN A CIVIL CASE
v.

Yakima County Sheriff's Office

                        CASE NUMBER: CV-07-3027-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED This action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).


April 25, 2008                                     JAMES R. LARSEN
*Date*                                                   *Clerk*
                                                       s/ Vikki Johnson
                                                       *(By) Deputy Clerk*
                                                       Vikki Johnson